# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

MARGARET CONE,

    *Plaintiff,*

v.

MARK TESSLER, SHERMAN JACKSON,
and DAVID HOWELL,
Jointly and severally,

    *Defendants.*

    Case No. 2:16-cv-11306-SFC-SDD
    Hon. SEAN F. COX

_____/

Frederick Juckniess (P64032)
JUCKNIESS LAW FIRM PLC
302 E. Liberty St., Ste 203
Ann Arbor, MI 48104
(734) 707-1515
Rick@Juckniesslaw.com

Stuart A. Chipman-Bergsma (P79231)
LENNON, MILLER, O'CONNOR
& BARTOSIEWICZ, PLC
151 S. Rose Street, Suite 900
Kalamazoo, MI 49007
(269) 381-8844
schipman@lennonmiller.com

Thomas B. Bourque (P46595)
EBY CONNER SMILLIE & BOURQUE PLLC
Attorneys for Defendants
301 N. Main Street, 2nd Floor
Ann Arbor, MI 48104
(734) 769-2691
bourque@eecsb.com

_____/

## INDEX OF EXHIBITS

| Description | Exhibit No. |
| --- | --- |
| Deposition Transcript of Sherman Jackson | 1 |
| Deposition Transcript of David Howell | 2 |
| Deposition Transcript of Mark Tessler | 3 |

| | |
|---|---|
| Deposition Transcript of Margaret Cone | 4 |
| Deposition Transcript of Anna Schork | 5 |
| Deposition Transcript of Nancy Burns | 6 |
| Deposition Transcript of James Jackson | 7 |
| Deposition Transcript of Terrence McDonald | 8 |
| Deposition Exhibit 1 | 9 |
| Deposition Exhibit 2 | 10 |
| Deposition Exhibit 5 | 11 |
| Deposition Exhibit 8 | 12 |
| Deposition Exhibit 18 | 13 |
| Deposition Exhibit 20 | 14 |
| Deposition Exhibit 21 | 15 |
| Deposition Exhibit 31 | 16 |
| Deposition Exhibit 33 | 17 |
| Deposition Exhibit 36 | 18 |
| Deposition Exhibit 40 | 19 |
| Deposition Exhibit 42 | 20 |
| Deposition Exhibit 43 | 21 |

| | |
|---|---|
| Deposition Exhibit 45 | 22 |
| Deposition Exhibit 49 | 23 |
| Deposition Exhibit 52 | 24 |
| Deposition Exhibit 59 | 25 |
| Deposition Exhibit 71 | 26 |
| Deposition Exhibit 73 | 27 |
| Deposition Exhibit 75 | 28 |
| Deposition Exhibit 77 | 29 |
| Deposition Exhibit 78 | 30 |
| Deposition Exhibit 114 | 31 |
| Hearing Transcript, October 14, 2015 Cir. Ct. for the County of Washtenaw, Case No. 15-655-CK (2015) | 32 |
| Deposition Exhibit 65 | 33 |
| Deposition Exhibit 7 | 34 |
| Deposition Transcript of Michael Bonner | 35 |
| Deposition Transcript of Gottfried Hagen | 36 |
| Deposition Exhibit 58 | 37 |
| Deposition Exhibit 79 | 38 |
| Deposition Exhibit 46 | 39 |

| Deposition Exhibit 41 | 40 |
|---|---|
| Deposition Exhibit 3 | 41 |
| Deposition Exhibit 92 | 42 |
| Deposition Exhibit 68 | 43 |
| UM Subpoena 0795 | 44 |
| Deposition Exhibit 51 | 45 |
| Deposition Exhibit 70 | 46 |
| Deposition Exhibit 67 | 47 |
| Deposition Exhibit 74 | 48 |
| Deposition Exhibit 76 | 49 |
| Deposition Exhibit 63 | 50 |
| Deposition Exhibit 62 | 51 |
| Emails re Indirect Cost Approach in Relation to Qatar SESRI Program | 52 |
| Cone Deposition Exhibit 37 | 53 |
| Declaration of Ahmed Youssef Farahat | 54 |
| Def.s' MSD, Cir. Ct. for the County of Washtenaw, Case No. 15-655-CK (2015) | 55 |
| *Media Techs. Licensing, LLC v Upper Deck Co,* F3d 1366, 1369-71 (Fed Cir 2003) | 56 |

| | |
|---|---|
| *Intl Techs. Consultants, Inc v Stewart*, No. 07-13391, 2013 WL 1211082, at *4 (ED Mich January 28, 2013) | 57 |
| *Rouse v DaimlerChrysler Corp* 300 F3d 711 (CA 6, 2002) | 58 |
| *McGuire v Warner* No. 05-40185, 2009 WL 2423182 (ED Mich, August 3, 2009) | 59 |
| *Ross v Consumers Power Co* 420 Mich 567; 363 NW2d 641 (1984) | 60 |
| Plaintiff's Rule 56(d) Declaration Regarding Defendants' Motion for Summary Judgment | 61 |