# EXHIBIT 12

**From:** Tessler, Mark
**Sent:** Tuesday, December 1, 2009 10:34 AM EST
**To:** Nancy Burns; Burns, Nancy
**CC:** Howell, David; Laurie Winslow
**Subject:** RE: RE: Check out Crisis Puts Focus on Dubai's Complex Relationship With Abu Dhabi -

Great. Laurie, just let me know when it's ready to sign or if there's anything you need on this.

Mark Tessler
Samuel J. Eldersveld Collegiate Professor
  Department of Political Science
Director, International Institute
Vice-Provost for International Affairs
University of Michigan

From: Nancy Burns [nburns@isr.umich.edu]
Sent: Tuesday, December 01, 2009 10:30 AM
To: Tessler, Mark; Burns, Nancy
Cc: Howell, David
Subject: RE: RE: Check out Crisis Puts Focus on Dubai's Complex Relationship With Abu Dhabi -

Just to follow up on our conversation just now, Mark. It sounds like we need to have Sherman's signature today, before he takes off. Laurie's getting in touch with him to sign. And then if you sign, it'll be good to go for the morning.

Super!

Nancy


-----Original Message-----
From: Tessler, Mark [mailto:tessler@umich.edu]
Sent: Monday, November 30, 2009 3:14 PM
To: Burns, Nancy
Cc: Howell, David
Subject: FW: RE: Check out Crisis Puts Focus on Dubai's Complex Relationship With Abu Dhabi -

Hi Nancy. Here's a draft of the letter that Sherman and I plan to send to the UAE embassy about the transfer of funds. It can wait until Dave returns, but if you want to give me the budget info I can put it in the letter and we can move a little more quickly.

It might also be good to have the letter to the UAE embassy sent from CPS. When it's ready, I'll print it on my stationary and then sign and bring it over. Sherman can stop by to sign and Barb can then send it off by FedEx.

Sherman asked me about the overhead on this. He said that he and Margaret were hoping it could be 20%, rather than the 25% that you and

Dave proposed, but also that he'd be comfortable with a compromise at 22.5%. I told him it was your decision, but I think that 22.5% is reasonable and I would recommend we agree on that.

I haven't seen a final budget, so I don't know if there are any issues pertaining to the allocation of direct costs. But unless you have any particular concerns, we should probably get the funds here and, as long as there is agreement on the IDC, deal later with any other budgetary issues.

Hope you had a good Thanksgiving! Mark

---

Mark Tessler
Samuel J. Eldersveld Collegiate Professor
  Department of Political Science
Director, International Institute
Vice-Provost for International Affairs
University of Michigan

---

From: sherman a. jackson [sajackso@umich.edu]
Sent: Monday, November 30, 2009 1:32 PM
To: Tessler, Mark
Subject: Re: RE: Check out Crisis Puts Focus on Dubai's Complex Relationship With Abu Dhabi -

Dear Mark: I just sent off to Dave Howell the attached copy of the proposed letter to the UAE ambassador, minus the precise wiring instructions, for Dave's perusal and advice. I have had fruitful discussions with him, Nancy Burns and Carolyn Madden at ELI. My plan was to wait until we actually got the funds to proceed any further with both Nancy/Dave and Carolyn, which I hoped could be completed by week's end.

Dave, I understand, won't be back in the office until Wednesday, and I'm off on the same day to Brown for a lecture. I will be in contact with him by phone, however. If you would like to meet, I could swing by tomorrow morning or afternoon. Alternatively, we could speak by phone. My cell number is 734-678-8043. If you have time, it might be good to give me a quick call anyway at your earliest convenience.

-Sherman

--On Monday, November 30, 2009 1:01 PM -0500 "Tessler, Mark" <tessler@umich.edu> wrote:

>
> Hi Margaret. Thanks.
>
> Sherman: when you get a chance, can you bring me up to date on the
> items we were discussing before Thanksgiving and let me know if we
> should get together to discuss further.
>
> Best to you both. Mark
>
> _____
> Mark Tessler

```
> Samuel J. Eldersveld Collegiate Professor
>    Department of Political Science
> Director, International Institute
> Vice-Provost for International Affairs University of Michigan
>
>
> _____
> From: MargaretCone@aol.com [MargaretCone@aol.com]
> Sent: Monday, November 30, 2009 10:55 AM
> To: Jackson, Sherman; Tessler, Mark
> Subject: Check out Crisis Puts Focus on Dubai's Complex Relationship With
> Abu Dhabi -
>
>
>
>
> Crisis Puts Focus on Dubai's Complex Relationship With Abu Dhabi -
> NYTimes.com
>
>
>
> FYI: Mentions our donor, Crown Prince of Abu Dhabi Sheik Mohammed Bin
> Zayed al Nayan.
>
>
> Margaret A. Cone, Attorney at Law
> Farragut Square
> 1025 Connecticut Ave., NW
> Suite 1000
> Washington, DC 20036
> Tel: 202-265-3988
> Fax: 202-327-5499
>
>
>
>
>
>
>
>
> Margaret A. Cone, Attorney at Law
> Farragut Square
> 1025 Connecticut Ave., NW
> Suite 1000
> Washington, DC 20036
> Tel: 202-828-1284
> Fax: 202-327-5499
> Cell: 202-265-3988
>
>
>
```