## INDEX OF EXHIBITS

| Description | Exhibit No. |
|---|---|
| Deposition Transcript of Sherman Jackson | 1 |
| Deposition Transcript of David Howell | 2 |
| Deposition Transcript of Mark Tessler | 3 |

| | |
|---|---|
| Deposition Transcript of Margaret Cone | 4 |
| Deposition Transcript of Anna Schork | 5 |
| | 6 |
| Deposition Transcript of James Jackson | 7 |
| April 2010 Emails | 8 |
| Deposition Exhibit 1 | 9 |
| Deposition Exhibit 2 | 10 |
| Deposition Exhibit 5 | 11 |
| Deposition Exhibit 8 | 12 |
| Deposition Exhibit 18 | 13 |
| Deposition Exhibit 20 | 14 |
| Deposition Exhibit 21 | 15 |
| Deposition Exhibit 31 | 16 |
| Deposition Exhibit 33 | 17 |
| Deposition Exhibit 36 | 18 |
| Deposition Exhibit 40 | 19 |
| Deposition Exhibit 42 | 20 |
| Deposition Exhibit 43 | 21 |

| Deposition Exhibit 45 | 22 |
| --- | --- |
| Deposition Exhibit 49 | 23 |
| Deposition Exhibit 52 | 24 |
| Deposition Exhibit 59 | 25 |
| Deposition Exhibit 71 | 26 |
| Deposition Exhibit 73 | 27 |
| Deposition Exhibit 75 | 28 |
| Deposition Exhibit 77 | 29 |
| Deposition Exhibit 78 | 30 |
| Deposition Exhibit 114 | 31 |
| | 32 |
| Deposition Exhibit 65 | 33 |
| Deposition Exhibit 7 | 34 |
| Deposition Transcript of Michael Bonner | 35 |
| Deposition Transcript of Gottfried Hagen | 36 |
| Deposition Exhibit 58 | 37 |
| Deposition Exhibit 79 | 38 |
| Deposition Exhibit 46 | 39 |

| | |
|---|---|
| Deposition Exhibit 41 | 40 |
| Deposition Exhibit 3 | 41 |
| Deposition Exhibit 92 | 42 |
| Deposition Exhibit 68 | 43 |
| UM Subpoena 0795 | 44 |
| Deposition Exhibit 51 | 45 |
| Deposition Exhibit 70 | 46 |
| Deposition Exhibit 67 | 47 |
| Deposition Exhibit 74 | 48 |
| Deposition Exhibit 76 | 49 |
| Deposition Exhibit 63 | 50 |
| Deposition Exhibit 62 | 51 |
| Emails re Indirect Cost Approach in Relation to Qatar SESRI Program | 52 |
| Cone Deposition Exhibit 37 | 53 |
| Declaration of Ahmed Youssef Farahat | 54 |
| | 55 |
| | 56 |