# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARGARET CONE,

        Plaintiff,

v.

MARK TESSLER, SHERMAN
JACKSON and DAVID HOWELL,
joint and severally

        Defendants.

Case No. 2:16-cv-11306-SFC-SDD

Hon. Sean F. Cox
Mag. Judge Stephanie D. Davis

---

Margaret Cone
Plaintiff, Pro Se
Belmont Rd., N.W. # 511
Washington, D.C. 20009
Telephone: (202) 265-3988
MargaretCone@aol.com

Thomas B. Bourque (P46595)
EBY CONNER SMILLIE & BOURQUE, PLLC
Attorneys for Defendants
301 North Main Street, Second Floor
Ann Arbor, MI 48104
Telephone: (734) 769-2691
tbourque56@gmail.com

Megan P. Norris (P39318)
Kimberly L. Scott (P69706)
M. Misbah Shahid (P73450)
MILLER, CANFIELD, PADDOCK
  AND STONE, P.L.C.
Attorneys for Non-Party University of Michigan
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420 / fax 313 496-7500
norris@millercanfield.com
shahid@millercanfield.com

---

## DEFENDANTS' SUPPLEMENTAL INDEX OF EXHIBITS

32. University of Michigan Bylaws Section 13.08. Case No. 2:14-cv-13852-SJM-MKM- D.E. No. 10-2 Pg ID 141-142.

33. Deposition excerpts from deposition of Anna Schork; p. 144, 160-162, and 204-205.

34. Deposition excerpts from deposition of Terrence McDonald; p. 36, 56.

35. *In Re B&P Baird Holdings, Inc.*, 2019 WL125664 (Jan. 8, 2019).