IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MARGARET CONE,

    *Plaintiff,*

v.

MARK TESSLER, SHERMAN JACKSON,
and DAVID HOWELL,
Jointly and severally,

    *Defendants.*

_____/

Case No. 2:16-cv-11306-SFC-SDD
Hon. SEAN F. COX

| | |
|---|---|
| Margaret A. Cone<br>PLAINTIFF, PRO SE<br>2032 Belmont Rd, N.W. # 511<br>Washington, D.C. 20009<br>Telephone: (202) 265-3988<br>MargaretCone@aol.com | Thomas B. Bourque (P46595)<br>EBY CONNER SMILLIE & BOURQUE PLLC<br>Attorneys for Defendants 301 N. Main Street, 2nd Floor Ann Arbor, MI 48104<br>(734) 769-2691<br>bourque@eecsb.com |

## INDEX OF EXHIBITS

| Description | Exhibit |
|---|---|
| Surreply Request | A |
| Addendum to Material Facts | B |
| Grimmett v. Anthem | C |
| Amended Exhibit 8 | D |
| The Institute of Social Research Sampler, Fall 2003, Vol. 1, Num. 4 at 1 | 62 |

| | |
|---|---|
| Dave Howell To do notes relating to CPS independence UM Subpoena 0852 | 63 |
| UM Standard Practice Guide 201.30-2 Sabbatical Leave | 64 |
| Gibbons and Tessler e-mail exchange, dated April 23, 2010 UM Subpoena 2545-46 | 65 |