UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARGARET CONE,**
        Plaintiff,               Case No. 2:16-cv-11306-SFC-SDD

v.                                   Hon. Sean F. Cox
                                    Mag. Judge Stephanie D. Davis

**MARK TESSLER, SHERMAN
JACKSON and DAVID HOWELL,
joint and severally**
        Defendants.

---

| | |
|---|---|
| Margaret Cone<br>Plaintiff, Pro Se<br>Belmont Rd., N.W. # 511<br>Washington, D.C. 20009<br>Telephone: (202) 265-3988<br>MargaretCone@aol.com | Thomas B. Bourque (P46595)<br>EBY CONNER SMILLIE & BOURQUE, PLLC<br>Attorneys for Defendants<br>301 North Main Street, Second Floor<br>Ann Arbor, MI 48104<br>Telephone: (734) 769-2691<br>tbourque56@gmail.com<br><br>Megan P. Norris (P39318)<br>Kimberly L. Scott (P69706)<br>M. Misbah Shahid (P73450)<br>MILLER, CANFIELD, PADDOCK<br>  AND STONE, P.L.C.<br>Attorneys for Non-Party University of Michigan<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313) 963-6420 / fax 313 496-7500<br>norris@millercanfield.com<br>shahid@millercanfield.com |

---

## DEFENDANTS' INDEX OF EXHIBITS

36.    Cone #000521.  April 9, 2010 emails

37.    2:14-cv-13852-SJM-MKM Doc #1  Pg ID 60-61 April 9, 2010 emails

38.    2:14-cv-13852-SJM-MKM Doc #1  Pg ID 70 April 23, 2010 emails