UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN

MARGARET CONE,

    *Plaintiff,*

      v.

MARK TESSLER, SHERMAN JACKSON,
and DAVID HOWELL,
Jointly and severally,

    *Defendants*.

_____/

Case No. 2:16-cv-11306-SFC-SDD
**HON. SEAN F. COX**

Margaret A. Cone
PLAINTIFF, PRO SE
2032 Belmont Rd., N.W. # 511
Washington, D.C. 20009
Telephone: 202-265-3988
MargaretCone@aol.com

Thomas B. Bourque (P46595)
EBY CONNER SMILLIE &
BOURQUE, PLLC
Attorney for Defendants
301 N. Main Street
Ann Arbor, Michigan 48104 Telephone:
734-769-2691 tbourque56@gmail.com

_____/

**INDEX OF EXHIBITS**

| Description | Exhibit No. |
|---|---|
| Complaint filed with Eastern District of Michigan on October 6, 2014 | 1 |
| E-mail from Tessler to Jackson and Cone dated April 9, UM Subpoena Response 2272 | 2 |