UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Margaret Cone,

    Plaintiff,

                                          Civil Case No. 16-11306

v.

Mark Tessler, *et al.*,                Sean F. Cox
                                                      United States District Court Judge

    Defendants.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

On February 15, 2019, Magistrate Judge Stephanie Dawkins Davis issued a Report and Recommendation wherein she recommends that the Court DENY Plaintiff's Motion for Sanctions.

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Moreover, the Court concurs with the analysis and conclusion in the R&R.

Accordingly, the Court hereby ADOPTS the February 15, 2019 Report and Recommendation and ORDERS that Plaintiff's Motion for Sanctions is DENIED.

IT IS SO ORDERED.

                                                               s/Sean F. Cox
                                                                Sean F. Cox
                                                               United States District Judge

Dated: March 11, 2019